Eastern District of Kentucky

**F I L E D**

Jun - 18 2018

Robert R. Carr
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
General Order 18-11

|  |  |  |
|---|---|---|
| In re: Social Security Actions | ) ) ) | STANDING ORDER |

\*\*\*  \*\*\*  \*\*\*

The Court advises the parties of the availability of a United States Magistrate Judge to preside over this case and enter final Judgment. The parties shall confer (actually talk with each other) concerning whether they voluntarily consent to the jurisdiction of a Magistrate Judge for all further proceedings, pursuant to 28 U.S.C. § 636(c). The Court attaches a consent form to this Order. If all parties, by counsel, consent via signing the form, the Clerk shall reassign this matter to the appropriate Magistrate Judge on this docket without the necessity of further Order of the Court. *See* LR 73.1(c). The parties are free to withhold consent without adverse substantive consequences.

This the 18th day of June, 2018.

Signed By:

*Robert E. Wier*

**United States District Judge**

1